**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 37000**

| | |
|---|---|
| STATE OF IDAHO, | 2010 Unpublished Opinion No. 529 |
| Plaintiff-Respondent, | Filed: June 28, 2010 |
| v. | Stephen W. Kenyon, Clerk |
| JUSTIN CHARLES BUCHANAN, | THIS IS AN UNPUBLISHED OPINION AND SHALL NOT BE CITED AS AUTHORITY |
| Defendant-Appellant. | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Michael E. Wetherell, District Judge.

Judgment of conviction and concurrent unified sentences of fifteen years, with three years determinate, for trafficking in marijuana, and five years, with two years determinate, for delivery of a controlled substance, <u>affirmed</u>.

Molly J. Huskey, State Appellate Public Defender; Sarah E. Tompkins, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Elizabeth A. Koeckeritz, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Chief Judge, GUTIERREZ, Judge
and GRATTON, Judge

_____

PER CURIAM

Justin Charles Buchanan was convicted of trafficking in marijuana, Idaho Code § 37-2732B(a)(1), and delivery of a controlled substance, I.C. § 37-2732(a). The district court imposed concurrent, unified sentences of fifteen years, with three years determinate, for trafficking in marijuana, and five years, with two years determinate, for each of two counts of delivery of a controlled substance. Buchanan appeals, contending that the sentences are excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of a sentence are well established and

1

need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Buchanan's judgment of conviction and sentences are affirmed.